NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEONARD P. MACHULAS,**
*Petitioner,*

v.

**DEPARTMENT OF THE AIR FORCE,**
*Respondent.*

---

2012-3082

---

Petition for review of the Merit Systems Protection Board in case no. PH1221110241-W-1.

---

## ON MOTION

---

## ORDER

Leonard P. Machulas moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 0 1 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Leonard P. Machulas
    Matthew P. Roche, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 1 2012

JAN HORBALY
CLERK